UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANIMIS FOUNDATION, INC. and
CHRIS WALHOF,

    Plaintiffs,

v.                                                  Case No: 5:15-cv-1-Oc-37PRL

THE TRAVELERS INDEMNITY
COMPANY OF AMERICA

    Defendant.

## ORDER

This matter is before the Court on Defendant's unopposed motion for leave to exceed the ten (10) deposition per side limit and to take depositions of expert witnesses and Travelers' corporate representative after the October 23, 2015 discovery cut-off date. (Doc. 19). Upon due consideration, Defendant's motion is **GRANTED**. The parties are authorized to depose up to **fifteen (15) witnesses** per side. In addition, discovery is extended until **November 20, 2015** solely for the purpose of deposing expert witnesses and Travelers' corporate representative.

**DONE** and **ORDERED** in Ocala, Florida on October 13, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties